RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6056 (v)
202-307-0054 (f)
Rika.Valdman@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED HARDING; CAPITAL INVESTMENTS TRUST; MALISA HARDING, a.k.a., MALISA DE OCHOA; and SISKIYOU COUNTY,<br><br>Defendants. | Case No. 2:19−CV−00871−WBS−CKD<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM DEADLINE** |

Before the Court is the United States' Ex-Parte Motion for Relief from Deadline. Upon consideration of the Motion, the record herein, and for good cause shown, it is hereby

ORDERED:

1. The United States' Motion for Relief from Deadline is GRANTED;

2. The Scheduling Conference is rescheduled from September 16, 2019, at 1:30 p.m. to

1

December 9, 2019, at 1:30 p.m.;

3. All related deadlines in the Court's May 15, 2015, Order (Dkt. No. 3), are stricken;

4. The United States shall submit a Status Report no later than November 25, 2019.

5. The September 30, 2019 motion hearing is vacated.

**IT IS SO ORDERED**

Dated: August 30, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE