1 | RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

2 | RIKA VALDMAN
Trial Attorney, Tax Division
U.S. Department of Justice
3 | P.O. Box 683
Washington, D.C. 20044
202-514-6056 (v)
4 | 202-307-0054 (f)
Rika.Valdman@usdoj.gov

5 | McGREGOR W. SCOTT
United States Attorney
Eastern District of California
6 | *Of Counsel*

7 | *Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19−CV−00871−WBS−CKD |
| Plaintiff, | **ORDER APPROVING STIPULATION BETWEEN THE UNITED STATES OF AMERICA AND SISKIYOU COUNTY** |
| v. | |
| ALFRED HARDING; CAPITAL INVESTMENTS TRUST; MALISA HARDING, a.k.a., MALISA DE OCHOA; and SISKIYOU COUNTY, | |
| Defendants. | |

This matter is before the Court on the Stipulation between the United States of America and Siskiyou County. The Court has considered the Stipulation and is otherwise fully informed. Pursuant to the Stipulation, IT IS HEREBY ORDERED:

1. The Stipulation between the United States and Siskiyou County is hereby approved;

2. If the United States obtains an Order of Foreclosure and Judicial Sale of the real

1

property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of the Stipulation;

3. The United States and Siskiyou County shall each bear their own costs.

**IT IS SO ORDERED**

Dated: September 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE