UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cv-871 WBS CKD |
| Plaintiff, | |
| v. | ORDER |
| ALFRED HARDING; CAPITAL INVESTMENTS TRUST; MALISA HARDING, a.k.a. MALISA DE OCHOA; and SISKIYOU COUNTY; | |
| Defendants. | |

----oo0oo----

Defendant Alfred Harding's Motion for Explanation (Docket No. 15) is DENIED. No explanation of the court's orders is required. Defendant's default was entered on August 20, 2019. (Docket No. 10.) The record speaks for itself.

Dated: October 2, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1