UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America , <br><br>   Plaintiff, <br><br> v. <br><br> Alfred Harding et al., <br><br>   Defendant. | Case No. 2:19-cv-00871-WBS-CKD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Alfred Harding

March 13, 2020                              KEITH HOLLAND, CLERK

                                                          By: /s/  H. Huang, Deputy Clerk