IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ALFRED HARDING; CAPITAL INVESTMENTS TRUST; MALISA HARDING, a.k.a., MALISA DE OCHOA; and SISKIYOU COUNTY,<br><br>        Defendants. | Case No. 2:19−CV−00871−WBS−CKD<br><br>**ORDER GRATING MOTION REQUESTING CONTINUANCE OF SCHEDULING CONFERENCE** |

Before the Court is the United States' Motion Requesting Continuance of Scheduling Conference. Upon consideration of the Motion, the record herein, and for good cause shown, it is hereby ORDERED:

1. The United States' Motion for Continuance of Scheduling Conference is GRANTED;

2. The Scheduling Conference is rescheduled from April 27, 2020, at 1:30 p.m. to **October 26, 2020, at 1:30 p.m.**  A status report shall be filed no later than **October 13, 2020**.

**IT IS SO ORDERED**

Dated:  April 21, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE