IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFRED HARDING; CAPITAL INVESTMENTS TRUST; MALISA HARDING, a.k.a., MALISA DE OCHOA; and SISKIYOU COUNTY,<br><br>Defendants. | Case No. 2:19−CV−00871−WBS−CKD<br><br>**ORDER GRANTING REQUEST/APPLICATION TO CORRECT ORDER OF FORECLOSURE AND JUDICIAL SALE** |

Before the Court is the United States' Request/Application for an Amended Order of Foreclosure and Judicial Sale. Upon review of the Motion, the record herein, and for good cause shown, it is HEREBY ORDERED:

1. The United States' Request/Application for Amended Order of Foreclosure and Judicial Sale is GRANTED;

2. The Court will enter an Amended Order of Foreclosure and Judicial Sale.

IT IS SO ORDERED.

Dated:  September 24, 2020

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE