IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALFRED HARDING; CAPITAL INVESTMENTS TRUST; MALISA HARDING, a.k.a., MALISA DE OCHOA; and SISKIYOU COUNTY,<br><br>　　　　　Defendants. | Case No. 2:19−CV−00871−WBS−CKD<br><br>**ORDER GRANTING REQUEST TO VACATE AMENDED ORDER OF FORECLOSURE AND JUDICIAL SALE** |

　　　　Before the Court is the United States' Request to Vacate Amended Order of Foreclosure and Judicial Sale. Upon review of the Motion, the record herein, and for good cause shown, it is HEREBY ORDERED:

　　　　1. The United States' Request to Vacate Amended Order of Foreclosure and Judicial Sale is GRANTED;

　　　　2. The Amended Order of Foreclosure and Judicial Sale (Dkt. No. 41) is hereby vacated;

　　　　3. Because there is nothing remaining to be resolved in this case, this case is hereby closed.

(Case No. 2:19-cv-00871-WBS-CKD)　　　1

1 | IT IS SO ORDERED.

Dated:  February 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE